**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:97-CR-00015 |
| | ) | JUDGE CAMPBELL |
| **STANLEY JEROME GREEN** | ) | |
| **ANGELA CARROGA** | ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered as to the above-named defendant, Angela Carroga, on March 10, 1998 (Docket Entry No. 96), wherein joint and several restitution in the amount of $981.24 was ordered to be paid to First American National Bank. Judgment was also entered as to the above-named defendant, Stanley Jerome Green, on June 9, 1998 (Docket Entry No. 106), wherein restitution in the amount of $2,635.21[1] was ordered to be paid to First American National Bank.

Based upon recent information provided by the Clerk's Office, it appears that First American National Bank was changed to AmSouth Bank, and AmSouth Bank merged with Union Planters and Regions and all operate under the name Regions Bank. Accordingly, the aforementioned Judgment in this case is hereby amended to reflect that the name of the restitution recipient is Regions Bank. The restitution balance of $2,635.21 shall be paid to Regions Bank.

The Court's authority to substitute the victim's name in the judgment is drawn from the All Writs Act (28 U.S.C. §1651 (a)), which expressly authorizes a federal court to issue such orders "as

---

[1] Of this amount, $981.24 is joint and several with co-defendant Carroga.

may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE